| | |
|---|---|
| **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.** <br> BY:  Jonathan R. Stuckel, Esquire <br> I.D. 261862018 <br> 535 Route 38 East <br> Suite 501 <br> Cherry Hill, NJ   08002 <br> (856)663-4300 | **ATTORNEY FOR DEFENDANT** <br> **Masonic Charity Foundation of New Jersey d/b/a Masonic Village at Burlington** |

251-108723 (CMS/JRS)

| | |
|---|---|
| Myrtha Grandin <br><br> vs. <br><br> Masonic Charity Foundation of New Jersey d/b/a Masonic Village at Burlington | UNITED STATES DISTRICT COURT <br> OF NEW JERSEY <br><br> CAMDEN VICINAGE <br><br> DOCKET NO.  1:20-cv-14950 <br><br> CIVIL ACTION <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs or counsel fees against any party.

| | |
|---|---|
| **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.** | **Karpf, Karpf & Cerutti, PC** |
| _/s/ Jonathan R. Stuckel_ <br> Jonathan R. Stuckel, Esquire <br> Attorney for Defendant, <br> Masonic Charity Foundation of New Jersey <br> d/b/a Masonic Village at Burlington | _/s/ Andrew Olcese_ <br> Andrew Olcese, Esqruie <br> Attorney for Plaintiff |

Date:   12/15/21